Ian B. Crosby
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Tel: (206) 516-3880
Counsel for Plaintiffs AlmondNet, Inc.,
Datonics, LLC and Intent IQ, LLC

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALMONDNET, INC., DATONICS, LLC, and INTENT IQ, LLC,<br><br>            Plaintiffs,<br><br>     v.<br><br>YAHOO! INC.<br><br>            Defendant. | Civil Action No.1:16-cv-01557-ILG-SMG<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that Ian B. Crosby, an attorney and member in good standing of the of the Bar of the State of Washington, and a partner of the law firm of Susman Godfrey L.L.P., respectfully enters his appearance to serve as counsel for plaintiffs AlmondNet, Inc., Datonics, LLC, and Intent IQ, LLC.

Seattle, Washington
April 7, 2016.

                                                    Respectfully submitted,

                                                    /s/ Ian B. Crosby
                                                    Ian B. Crosby
                                                    SUSMAN GODFREY L.L.P.
                                                    1201 Third Avenue, Suite 3800
                                                    Seattle, Washington 98101
                                                    icrosby@susmangodfrey.com
                                                    T: 206-516-3880
                                                    F: 206-516-3883
                                                    Attorney for Plaintiffs AlmondNet, Inc.,
                                                    Datonics, LLC and Intent IQ, LLC

1