SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 3800
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880
FAX (206) 516-3883
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 950 | 32ND FLOOR |
| 1000 LOUISIANA STREET | 1901 AVENUE OF THE STARS | 1301 AVENUE OF THE AMERICAS |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | NEW YORK, NEW YORK 10019-6022 |
| (713) 651-9366 | (310) 789-3100 | (212) 336-8330 |

IAN B. CROSBY
DIRECT DIAL (206) 516-3861

E-MAIL ICrosby@susmangodfrey.com

**VIA ECF**

August 17, 2016

The Hon. Steven M. Gold
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    Joint Letter Motion for Adjournment of Initial Conference in
       *AlmondNet, Inc., et al. v. Yahoo! Inc.*, No. CV-16-1557-ILG-SMG

Dear Judge Gold:

I write on behalf of my clients AlmondNet, Inc., Datonics, LLC, and Intent IQ, LLC (collectively "AlmondNet), the plaintiffs in this action, with the consent and joinder of the defendant Yahoo! Inc. ("Yahoo!"), to request the adjournment of the Initial Conference in this matter to a date that is mutually more convenient for the parties and their counsel. In support of this request, the parties state as follows:

1)   The original date of the conference is August 23, 2016.

2)   No previous request has been made to adjourn the conference.

3)   The adverse party Yahoo! consents to and joins in this request.

4)   The adjournment is requested in order to reschedule the initial conference to coincide as closely as possible with the hearing on Yahoo!'s pending motion to dismiss in this case, which is set to be heard by Judge Glasser on September 26, 2016, at 10:00 a.m., in order to minimize the need for travel by out of town counsel and/or client representatives.

5)   The parties suggest that the conference be adjourned to either the afternoon of September 26 or the morning of September 27, 2016.

August 17, 2016
Page 2


Thank you for your consideration of this request.

Sincerely,

Ian B. Crosby


cc:   Louis Hoffman
      Patrick Curran