UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: **GLASSER, J.**      DATE: **SEPTEMBER 1, 2017**      TIME: **12:00 Noon**

DOCKET #: **CV-16-1557 (ILG)**

TITLE: **Almondnet, Inc., Datonics, LLC and Intent IQ, LLC**

    *vs.*

    **Yahoo!, Inc.**

DEPUTY CLERK: **Stanley Kessler**

COURT REPORTER: **Angela Grant**

APPEARANCES:

    For Plaintiff: ~~Louis James Hoffman, Esq.;~~ **Ian B. Crosby, Esq.**

    For Def't: **Charles K. Verhoeven, Esq.; John T. McKee, Esq.; Patrick D. Curran, Esq.**

CIVIL CAUSE FOR MOTION

- ✔ **Case called.**
- ✔ **Counsel for all parties present.**
- ✔ **Defendant's motion to dismiss is argued.**
- ✔ **The motion is denied for the reasons stated on the record. Plaintiff's counsel is to submit an order.**

**TIME: 1/30**